In re HEBBART.

(District Court, D. Vermont.  September 20, 1900.)

No. 258.

BANKRUPTCY—VOLUNTARY PETITION—RIGHT TO WITHDRAW.
> Where there are no creditors of the estate of a voluntary bankrupt who have proved their claims or who object thereto, he is entitled to withdraw his petition, and his right cannot be affected by the objections of subsequent creditors, who have acquired liens on his wages, and desire to prevent the institution of new proceedings.

In Bankruptcy.  On motion by bankrupt for leave to withdraw his petition.

E. A. Ashland, for bankrupt.
J. G. Keenan and C. G. Austin, for creditors.

**WHEELER, District Judge.** The bankrupt has moved for leave to withdraw his petition in this cause. The motion has been sent to the referee for a report of the facts on notice to the creditors. He has reported on such notice that there was no estate, that no claims were proved, and that no trustee was appointed. In this situation the creditors would have no pecuniary interest in the opposing withdrawal. Nothing remained but the question of his discharge, and the withdrawal of the petition would obviate that. The opposition appears to have come from subsequent creditors, who have acquired liens upon subsequent wages, and who desire to have these proceedings kept on foot to prevent others being commenced, through the idea that there cannot be two sets at the same time. The question now, however, relates to the pendency of the present proceedings, without reference to future ones. As to that, he appears to have the right to withdraw as against any creditors who have a right to object. Costs are claimed, but not allowed. Leave to withdraw granted.